UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARLENE B. MASON
*on behalf of*
*Bryan Deon Mason*

VERSUS

MICHAEL J. ASTRUE,
DAVID R. DUGAS, and
ERIC H. HOLDER, JR.

CIVIL ACTION

NUMBER 09-851-BAJ-CN

**RULING**

The Court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Christine Noland dated May 20, 2011 (doc. 16), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the decision of the Administrative Law Judge is affirmed and plaintiff's appeal is hereby dismissed, with prejudice.

Judgement shall be entered accordingly.

Baton Rouge, Louisiana, July 13, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA